IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN E. BARRINGTON,

    Petitioner,                    No. 2:11-cv-0379 KJN P

  vs.

BUREAU OF PRISONS, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a prisoner incarcerated at the Federal Correctional Institution in Herlong, California,[1] and proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has not, however, filed an application to proceed in forma pauperis or paid the required filing fee ($5.00).[2] See 28 U.S.C. §§ 1914(a); 1915(a). Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

////

---

[1] Herlong is in Lassen County. Petitioner's challenges arising at the Herlong Federal Correctional Institution are to be brought in the United States District Court for the Eastern District of California, sitting in Sacramento or Redding. Local Rule 120(d).

[2] In a letter filed February 10, 2011, petitioner states that he would send the $5 filing fee (Dkt. No. 2); however, the fee has not been received.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send petitioner a blank copy of an Application to Proceed In Forma Pauperis By a Prisoner, as used in this district.

DATED: February 23, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

barr0379.101a